COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Lee Ann Wheelbarger, Terri Tiedeman, Doreen Marderness, Jerry Savoy, Howard Janson, Carla Alan Kivela, James Huseman, Bull Capital Company, James Durham, Mary Lou Durham, Patricia Koelling, and Frank Gezner, Jr., *Appellants/Cross-appellees* |

v.

The Landing of Counsel of Co-Owners, *Appellee/Cross-appellant*

and

William Henslee, Tom Jenkins, Troy Jones, David Marks, Barnard Pearl, Thomas Walsh, Stan Williams, Andrew Rosenberg, Jack Ereira, and Timothy Patak, *Appellees*

Appellate case number:   01-13-00619-CV

Trial court case number:   2010-58056

Trial court:   190th District Court of Harris County

The parties to this appeal have filed a "Joint Motion to Adopt Briefing Schedule" requesting that we modify the briefing schedule to allow all counsel additional time and to keep the briefing deadlines the same for both the appeal and cross-appeal. We **grant** the motion.

Accordingly, we ORDER that the briefing schedule in this case will be as follows:

- All briefs as appellants are due on Wednesday, March 19, 2014;

- All briefs as appellees are due on Monday, May 19, 2014; and

- All briefs in reply are due on Thursday, June 19, 2014.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                              Acting individually

Date: February 3, 2014